FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

1:16-CV-0793   MAR 10 2016

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Clerk

This letter is to inform you that I've moved to another state prison. One that is classified as one of the worst prison in the state. And is more retaliation from Superintendent McCord from Clayton T.C., which is named in my law suit. I am asking for an investigation into the chain of retaliations that must be at work here.

After being sent back from Clayton T.C., to Wilcox state prison, I was given a new release date. Which made it to where I could go to a T.C. again. I put in for Atlanta T.C., Macon T.C., or Agusta T.C. as my three choices to go to. Shortly after I was I was told to pack my stuff I was getting transferred. We got to Jackson state prison. Where one prison picks you up from another. They told me to get on the van to Clayton T.C. The same T.C. that I have this suit against. When the officers from Clayton seen me they called Mr. McCord, I was then taken back off the van and put back on a bus for Phillips state prison. Where I thought I would just be sent to a different T.C. But instead, staying "to their word" to send me to the worst prison in the state" is where I've been sent. And the retaliation continues here as I've told my counsilor here Ms. Wynn, that I was suppost to be going to a T.C. And that there was a mistake. She told me I was wrong and I was lying about what happened at Jackson state prison. She said she wouldn't check into what happened. Which tells me she already knows. And that I wasn't going to a T.C., that I'm staying here and making me spend more time in prison. Because I have no parole address. So I can't get out of prison until I have one. Which their own S.O.P. says that they must send me to a T.C.

Can you please instruct me through the next step's of action to either add these co-retaliator and further prove that Mr McCord is behind all these actions.

Thank you for all your help.

Here is my up dated address for your files

Mike Stone 1000411265
Valdosta Annex
P.O. Box 5367
Valdosta, Ga. 31603